# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristopher William Douglas,<br>　　　　Petitioner,<br>v.<br>State of Arizona, et al.,<br>　　　　Respondents. | No. CV-23-08039-PCT-DLR (DMF)<br>**ORDER** |

　　　　Before the Court is Petitioner Kristopher William Douglas' Petition (Doc. 1) and United States Magistrate Judge Fine's Report and Recommendation ("R&R") (Doc. 18). The R&R recommends that the Court deny and dismiss the petition with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or

1 recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge
2 may accept, reject, or modify the recommended disposition; receive further evidence; or
3 return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 18) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's petition (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable, and Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 29th day of February, 2024.

Douglas L. Rayes
United States District Judge